*S. Major*, for the appellant.

*J. S. Scobey*, for appellee.

---

JOHN BAKER *v.* THE BOARD OF COMMISSIONERS OF KNOX COUNTY.

No bill of exceptions.

When a Court appoints an attorney to perform services, the Court should make an allowance, which the auditor of the county should draw his warrant for, and the treasurer should pay.

APPEAL from the *Knox* Common Pleas.

*Per Curiam.*—This cause was dismissed in the Court below, and there is no bill of exceptions showing the reason.   The judgment must therefore be affirmed.

Where a Court appoints an attorney to perform services, the Court should make an allowance, which the auditor of

the county should draw his warrant for, and the treasurer should pay. 1 R. S. by Gavin & Hord, p. 64, sec. 4. The judgment is affirmed, with costs.

*John Baker,* for appellant.

*William E. Niblack,* for appellee.